UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH RICHARDSON                                CIVIL ACTION

VERSUS                                           NO: 07-2999

N. BURL CAIN, WARDEN                             SECTION: R(4)
LOUISIANA STATE PENITENTIARY


**ORDER**

The Court, finding that as of this date neither party has objected to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and adopts it as its own opinion. Joseph Richardson's petition for writ of *habeas corpus*[2] is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 3rd day of May, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] (R. 3.)

[2] (R. 21.)